In the Matter of the Claim of NETTIE MANNS, Respondent, against SUPERIOR ELEVATOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD,

Respondent.— Award modified by striking out the compensation to the mother, on the ground that there is no evidence to support it, and as so modified affirmed, without costs. Cochrane, P. J., Van Kirk and Whitmyer, JJ., concur; Hinman and Davis, JJ., dissent.

In the Matter of the Claim of CHARLES B. HAND, Respondent, against INDEPENDENT COAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.